# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY a/k/a AHMED OMAR (ISN 30), | ) ) ) ) ) | |
| Petitioner, | ) ) | Civil Action No. 09-745 (RCL) |
| v. | ) ) ) | |
| BARACK H. OBAMA, *et al.*, | ) ) | |
| Respondents. | ) ) ) | |

**FILED**

JAN 1 8 2011

Clerk, U.S. District and
Bankruptcy Courts

## ORDER

Before the Court is petitioner's Unopposed Motion for a Stay [1432]. It is hereby

ORDERED that the parties meet and confer and provide a current status report to the

Court within 14 days of this Order.

SO ORDERED this 14th day of January 2011.

ROYCE C. LAMBERTH
Chief Judge
United States District Court